O

FILED
CLERK, U.S. DISTRICT COURT

JUL 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND J. KITILYA,<br><br>    Petitioner,<br><br>    v.<br><br>C.R.C. NORCO,<br><br>    Respondent. | Case No. CV 13-04738-CAS (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: July 8, 2014

*Christina A. Snyder*

_____
CHRISTINA A. SNYDER
United States District Judge