JS-6 ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RAYMOND J. KITILYA, | Case No. CV 13-04738-CAS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| C.R.C. NORCO, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated: July 8, 2014

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY